HALL *vs.* GAIENNIE.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-ORLEANS.

Appeal for delay, and judgment affirmed, *without* damages, as none were asked.

This is an action against the drawer and acceptors of a bill, payable twelve months after date. · The defendant, Gaiennié, averred that Doughty, the drawer of the bill, and who is also the debtor, assured them he had settled with the plaintiff, and would soon be in the city; wherefore he reserved all exceptions, &c., and required strict proof.

There was judgment against all the defendants, and Gaiennié alone appealed.

*Roselius,* for the plaintiff.

*C. Janin,* for the appellant.

*Simon, J.,* delivered the opinion of the court.

Plaintiff sues to recover the amount of a bill of exchange, drawn by one Doughty, and accepted by defendants, payable twelve months after its date. The bill was duly protested for non-payment at maturity. There was judgment below in favor of the plaintiff, against the defendants *in solido ;* and one of them, Gaiennié, appealed.

Delay, appears clearly to have been the only object of the appellant, in bringing up this appeal; and had the appellee prayed for damages as for a frivolous appeal, he would have been entitled to the maximum.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Parish Court be affirmed, with costs.